**Order entered April 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00324-CV

**IN THE INTEREST OF B.H. AND J.H., CHILDREN**

**On Appeal from the 305th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JC-16-00779-X**

## ORDER

The reporter's record in this child protection case is overdue. By postcard dated April 1, 2019, we notified Court Reporter Pamela Sumler that the reporter's record was overdue. We directed Ms. Sumler to file the record within ten days and cautioned her that any request for an extension must be submitted in writing explaining the extraordinary reasons for the delay. On April 12, 2019, Ms. Sumler filed a letter stating she filed the reporter's record in June 2018. On April 22, 2019, appellant filed his request for preparation or the reporter's record and designation of matters to be included.

The order being appealed is the February 28, 2019 order terminating Father's parental rights to his children. We **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, the reporter's record in this appeal. We caution Ms. Sumler that the failure to do so will result in the Court taking whatever remedies it has available to it to ensure this accelerated appeal proceeds in

a timely fashion, which may include ordering that Ms. Sumler not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Cheryl Lee-Shannon
Presiding Judge of the 305th Judicial District Court

Ms. Pamela Sumler
Official Court Reporter, 305th Judicial District Court

All parties

/s/    KEN MOLBERG
JUSTICE